# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1926

_____

JERRY NEIL ALFRED,

   Petitioner,

v.

JENNIFER FALCONE MOORE,

   Respondent.

_____

Petition for Writ of Belated Appeal—Original Jurisdiction.


March 4, 2026


PER CURIAM.

Because Petitioner seeks a belated appeal of a circuit court order entered in a civil matter, the Court dismisses the petition for lack of jurisdiction. *See* Fla. R. App. P. 9.141 (authorizing a petition for belated appeal only for "review proceedings in collateral or postconviction criminal cases"); *Perez v. Jones*, 174 So. 3d 1088 (Fla. 1st DCA 2015) (explaining that this Court lacks the authority to grant a belated appeal in a civil proceeding).

LEWIS, ROBERTS, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jerry Neil Alfred, pro se, Petitioner.

No appearance for Respondent.